BRITNEY ROSHEA KELLY
31 N HILL PARKWAY
JACKSON, MS 39206

FIRST NATAIONAL BANK
ATTN: BANKRUPTCY
PO BOX 5097
SIOUX FALLS, SD 57117

POST LAKE LENDING
PO BOX 368
CRANDON, WI 54520

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

PREMIER LOAN SOLUTIONS
PO BOX 447
KESHENA, WI 54135

AARONS
826 S WHEALTY ST
RIDGELAND, MS 39157

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

REPUBLIC FINANCE
59 VETERANS MEMORIAL
KOSCIUSKO, MS 39090

ADVANCE FINANCIAL 24/7
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

KATAPULT
5204 TENNYSON PKWY
#500
PLANO, TX 75024

REVVI
ATTN: BANKRUPTCY
PO BOX 85800
SIOUX FALLS, SD 57118

CC BANK
ATTN: BANKRUPTCY
1835 W. STATE STREET
PLEASANT GROVE, UT 84062

KIKOFF
ATTN: BANKRUPTCY
75 BROADWAY
SAN FRANCISCO, CA 94111

SPEEDY CASH
2312 E TRINITY MLS RD
CARROLLTON, TX 75006

CHASE BANK
PO BOX 5210
NEW HYDE PARK, NY 11042

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

WESTGATE RESORTS LTD
ATTN: BANKRUPTCY
5601 WINDHOVER DR.
ORLANDO, FL 32819

COMENITY BANK
P.O. BOX 183044
COLUMBUS, OH 43218-3044

MCGUFFEE LAW FIRM
P.O. BOX 4219
BRANDON, MS 39047

ENABLE LOANS
P.O. BOX 70
SOLON, IA 52333

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE, NY 11804

FIRST DIGITAL CARD
ATTN: BANKRUPTCY
PO BOX 85650
SIOUX FALLS, SD 57118

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193