United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 26-00940-JAW

Britney Roshea Kelly                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                         Page 1 of 2

Date Rcvd: Apr 03, 2026                 Form ID: 309A                        Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Britney Roshea Kelly, 31 N Hill Parkway, Jackson, MS 39206-5555 |
| 5647758 | + | McGuffee Law Firm, P.O. Box 4219, Brandon, MS 39047-4219 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Apr 03 2026 19:14:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | | EDI: BENSHAFFER | Apr 03 2026 23:14:00 | Eileen N. Shaffer, P.O. Box 1177, Jackson, MS 39215-1177 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Apr 03 2026 19:14:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5647745 | + | Email/Text: bankruptcynotices@aarons.com | Apr 03 2026 19:14:00 | Aarons, 826 S Whealty St, Ridgeland, MS 39157-5008 |
| 5647746 | + | Email/Text: bankruptcy@af247.com | Apr 03 2026 19:14:00 | Advance Financial 24/7, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5647747 | + | Email/Text: bankruptcy@ccbank.com | Apr 03 2026 19:14:00 | CC Bank, Attn: Bankruptcy, 1835 W. State Street, Pleasant Grove, UT 84062-4038 |
| 5647748 | + | EDI: JPMORGANCHASE | Apr 03 2026 23:14:00 | Chase Bank, PO Box 5210, New Hyde Park, NY 11042-5210 |
| 5647749 | | EDI: WFNNB.COM | Apr 03 2026 23:14:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 5647750 | + | Email/Text: bankruptcy@enableloans.com | Apr 03 2026 19:14:00 | Enable Loans, P.O. Box 70, Solon, IA 52333-0070 |
| 5647751 | ^ | MEBN | Apr 03 2026 19:11:46 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 5647752 | + | Email/Text: BNSFN@capitalsvcs.com | Apr 03 2026 19:14:00 | First Nataional Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 5647753 | + | EDI: AMINFOFP.COM | Apr 03 2026 23:14:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5647754 | + | EDI: JEFFERSONCAP.COM | Apr 03 2026 23:14:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5647755 | ^ | MEBN | Apr 03 2026 19:11:51 | Katapult, 5204 Tennyson Pkwy, #500, Plano, TX 75024-7142 |
| 5647756 | + | Email/Text: bankruptcy@kikoff.com | Apr 03 2026 19:14:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 03, 2026 | Form ID: 309A | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | | Francisco, CA 94111-1423 |
| 5647757 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2026 19:15:44 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5647764 | Email/Text: connectcommunications@mrvbanks.com | Apr 03 2026 19:14:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 5647759 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2026 19:15:44 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5647760 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 03 2026 19:14:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5647761 | Email/Text: notice@postlakelending.com | Apr 03 2026 19:14:00 | Post Lake Lending, PO Box 368, Crandon, WI 54520 |
| 5647763 | Email/Text: bankruptcy@republicfinance.com | Apr 03 2026 19:14:00 | Republic Finance, 59 Veterans Memorial, Kosciusko, MS 39090 |
| 5647765 | + Email/Text: bkinfo@ccfi.com | Apr 03 2026 19:14:00 | Speedy Cash, 2312 E Trinity Mls Rd, Carrollton, TX 75006-1953 |
| 5647766 | Email/Text: bankruptcy_notices@wgresorts.com | Apr 03 2026 19:14:00 | Westgate Resorts Ltd, Attn: Bankruptcy, 5601 Windhover Dr., Orlando, FL 32819 |
| 5647762 | Email/Text: customerservice@premierloansolutions.com | Apr 03 2026 19:14:00 | Premier Loan Solutions, PO Box 447, Keshena, WI 54135 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026          Signature:        /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
## United States Bankruptcy Court Southern District of Mississippi

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Britney Roshea Kelly** | Social Security number or ITIN   **xxx–xx–0729** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number:  **26–00940–JAW**

Date case filed for chapter  **7    4/3/26**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Britney Roshea Kelly | |
| 2. | **All other names used in the last 8 years** | aka Britney Kelly | |
| 3. | **Address** | 31 N Hill Parkway Jackson, MS 39206 | |
| 4. | **Debtor's attorney** Name and address | Thomas Carl Rollins Jr The Rollins Law Firm, PLLC PO BOX 13767 Jackson, MS 39236 | Contact phone 601–500–5533 Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee** Name and address | Eileen N. Shaffer P.O. Box 1177 Jackson, MS 39215–1177 | Contact phone 601–969–3006 Email eshaffer@eshaffer–law.com |

**For more information, see page 2 >**

Debtor  **Britney Roshea Kelly**                                    Case number **26–00940–JAW**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 601–608–4600**<br><br>**Date: 4/3/26** |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 22, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Eileen N. Shaffer**<br>**Zoom video meeting.**<br>**Go to zoom.us/join, enter Meeting ID 905 950 7847 and Passcode 8931265934 , OR call 769–215–5931.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/21/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |