Certificate Number: 17082-MSS-DE-041005940

Bankruptcy Case Number: 26-00940



17082-MSS-DE-041005940

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 21, 2026, at 7:13 o'clock PM MST, BRITNEY  R KELLY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   May 21, 2026                     By:      /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director