United States Bankruptcy Court

Southern District of Mississippi

In re:

Case No. 26-00940-JAW

Britney Roshea Kelly

Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2026 | Form ID: 318 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Britney Roshea Kelly, 31 N Hill Parkway, Jackson, MS 39206-5555 |
| 5647758 | + | McGuffee Law Firm, P.O. Box 4219, Brandon, MS 39047-4219 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5647745 | + | Email/Text: bankruptcynotices@aarons.com | Jul 22 2026 19:56:00 | Aarons, 826 S Whealty St, Ridgeland, MS 39157-5008 |
| 5647746 | + | Email/Text: bankruptcy@af247.com | Jul 22 2026 19:56:00 | Advance Financial 24/7, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5647747 | + | Email/Text: bankruptcy@ccbank.com | Jul 22 2026 19:56:00 | CC Bank, Attn: Bankruptcy, 1835 W. State Street, Pleasant Grove, UT 84062-4038 |
| 5647748 | + | EDI: JPMORGANCHASE | Jul 22 2026 23:52:00 | Chase Bank, PO Box 5210, New Hyde Park, NY 11042-5210 |
| 5647749 | | EDI: WFNNB.COM | Jul 22 2026 23:52:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 5647750 | + | Email/Text: bankruptcy@enableloans.com | Jul 22 2026 19:56:00 | Enable Loans, P.O. Box 70, Solon, IA 52333-0070 |
| 5647751 | ^ | MEBN | Jul 22 2026 19:52:54 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 5647752 | + | Email/Text: BNSFN@capitalsvcs.com | Jul 22 2026 19:56:00 | First Nataional Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 5647753 | + | EDI: AMINFOFP.COM | Jul 22 2026 23:52:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5647754 | + | EDI: JEFFERSONCAP.COM | Jul 22 2026 23:52:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5647755 | ^ | MEBN | Jul 22 2026 19:53:06 | Katapult, 5204 Tennyson Pkwy, #500, Plano, TX 75024-7142 |
| 5647756 | + | Email/Text: bankruptcy@kikoff.com | Jul 22 2026 19:56:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 5647757 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 20:09:42 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5647764 | | Email/Text: connectcommunications@mrvbanks.com | Jul 22 2026 19:56:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 5647759 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 22 2026 20:09:42 | Merrick Bank Corp, Po Box 9201, Old Bethpage, |

District/off: 0538-3                    User: admin                    Page 2 of 2

Date Rcvd: Jul 22, 2026                 Form ID: 318                    Total Noticed: 23

| | | | | |
|---|---|---|---|---|
| | | | | NY 11804-9001 |
| 5647760 | + Email/Text: bankruptcydpt@mcmcg.com | | Jul 22 2026 19:56:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5647761 | Email/Text: notice@postlakelending.com | | Jul 22 2026 19:56:00 | Post Lake Lending, PO Box 368, Crandon, WI 54520 |
| 5647763 | Email/Text: bankruptcy@republicfinance.com | | Jul 22 2026 19:56:00 | Republic Finance, 59 Veterans Memorial, Kosciusko, MS 39090 |
| 5647765 | + Email/Text: bkinfo@ccfi.com | | Jul 22 2026 19:56:00 | Speedy Cash, 2312 E Trinity Mls Rd, Carrollton, TX 75006-1953 |
| 5647766 | Email/Text: bankruptcy_notices@wgresorts.com | | Jul 22 2026 19:56:00 | Westgate Resorts Ltd, Attn: Bankruptcy, 5601 Windhover Dr., Orlando, FL 32819 |
| 5647762 | Email/Text: customerservice@premierloansolutions.com | | Jul 22 2026 19:56:00 | Premier Loan Solutions, PO Box 447, Keshena, WI 54135 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Britney Roshea Kelly trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Britney Roshea Kelly** | Social Security number or ITIN   **xxx–xx–0729** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **26–00940–JAW**

---

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Britney Roshea Kelly**
aka Britney Kelly

Dated: 7/22/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**